IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL FRANCIS FOUNTAIN, JR.,
    Plaintiff,

vs.                                                  Case No.: 3:10cv383/RV/EMT

KEVIN LESLIE BIGGS,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

       This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1). On October 21, 2010, Plaintiff's motion to proceed in forma pauperis was granted to the extent that he was permitted to proceed without prepayment of the entire filing fee; however, he was directed to pay an initial partial filing fee in the amount of $43.24 within thirty (30) days from the date of the order (Doc. 8). Plaintiff was subsequently given an extension to January 21, 2011, in which to pay the partial filing fee (Doc. 11). Plaintiff failed to respond to the order; therefore, on January 25, 2011, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 13). The time for compliance with the show cause order has now elapsed and Plaintiff has not paid the initial partial filing fee or explained his inability to do so.

       Accordingly, it is respectfully **RECOMMENDED**:

       That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 23rd day of February 2011.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. **Any different deadline that may appear on the electronic docket is for the court's internal use only**. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* **28 U.S.C. § 636**; United States v. Roberts, **858 F.2d 698, 701 (11th Cir. 1988)**.